Allen Lichtenstein
NV Bar No. 3992
3315 Russell Road, No. 222
Las Vegas, Nevada 89120
702-433-2666
Attorney for the ACLUN

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SOC, INC.; RICHARD SORANNO; HILLSBORO, ENTERPRISES, INC.<br>　　　　　　　　　Plaintiffs<br><br>AMERICAN CIVIL LIBERTIES UNION OF NEVADA,<br><br>　　　　　　　　　Intervenor<br>v<br><br>COUNTY OF CLARK; LAS VEGAS METROPOLITAN POLICE DEPT., LORRAINE HUNT; MYRNA WILIAMS; ERIN KENNY; BRUCE WOODBURY; YVONNE ATKINSON GATES; LANCE MALONE; MARY KINCAID, DOES I XX INCLUSIVE<br>　　　　　　　　　Defendants,<br><br>NEVADA RESORT ASSOCIATION; FLAMINGO HILTON CORPORATION; MIRAGE CASINO-HOTEL; CIRCUS CIRCUS ENTERPRISES; LAS VEGAS CONVENTION AND VISITORS AUTHORITY;<br><br>　　　　　　　　　Intervenors | CV-S-97-123-LDG (RJJ)<br>CV-S-97-146-LDG (RJJ) |

**PLAINTIFF-INTERVENOR ACLU OF NEVADA'S WITHDRAWAL
OF ITS OCTOBER 13, 2008 MOTION TO COMPEL**

Comes now the ACLU of Nevada (ACLUN), by and through the undersigned attorney, and

hereby withdraws its October 13, 2008 Motion to Compel [docket No. 201]. The ACLUN requested entry of an Order requiring defendants to satisfy the Judgment and Order entered in this case, on March 13, 2008, awarding the ACLUN attorneys in the amount of $119,460.00 [docket No. 198]. Alternatively the ACLU of Nevada requested that the Court enter an Order to show cause for defendants' willful failure to comply with the Court's Judgment and Order. As the response to the motion [docket No. 202] and the attached Declaration of Robert Gower indicate, defendant Clark County has agreed to pay said fees, and is currently in the process of doing so. Therefore the ACLUN hereby withdraws its motion as being moot.

Dated this 3rd day of December 2008

Respectfully submitted by:

/s/ Allen Lichtenstein
Allen Lichtenstein
NV Bar #3992
3315 Russell Road, No. 222
Las Vegas, Nevada 89120
702-433-2666
Attorney for the ACLUN

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

2